# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE JONES,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MOLLY HILL et al.,<br><br>　　　　　　Defendants. | Case No. ED CV 15-00072-VBF (JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge.  No Objections to the Report and Recommendation have been filed within the time allowed for Objections.  The Court accepts the findings and recommendations of the Magistrate Judge.

　　　　IT IS HEREBY ORDERED that Judgment be entered dismissing this action without prejudice.

DATED:　　May 4, 2015

　　　　　　　　　　　　　　　　　　　　　　/s/ Valerie Baker Fairbank
　　　　　　　　　　　　　　　　　　　　　　VALERIE BAKER FAIRBANK
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE