# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIE JONES, | Case No. ED CV 15-00072-VBF (JEM) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| MOLLY HILL et al., | |
| Defendants. | |

  In accordance with the Order Adopting the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

  IT IS HEREBY ADJUDGED that this action be dismissed without prejudice.

DATED: May 4, 2015

                VALERIE BAKER FAIRBANK
              UNITED STATES DISTRICT JUDGE